# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AARON BOATRIGHT AND OTHERS SIMILARLY SITUATED,**

    **Plaintiffs,**

-vs-                                Case No. 6:08-cv-679-Orl-28DAB

**MAKOTEK, LLC,**

    **Defendant.**

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement, Dismissal of Action with Prejudice (Doc. No. 51) filed February 26, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 9, 2009 (Doc. No. 53) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement, Dismissal of Action with Prejudice (Doc. No. 51) is **GRANTED** to the extent that the settlement by offer of judgment is accepted as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of April, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party